# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA MORGAN and EDWARD MORGAN, ) ) ) Plaintiffs, ) ) v. ) ) ALMARS OUTBOARDS, INC., *et al.*, ) ) Defendants. ) | C.A. No. 1:17-cv-01013-GAM<br><br><br>Non-Arbitration<br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## NOTICE OF SERVICE OF
## EXPERT DISCLOSURES OF PETER TOWNSEND AND NEIL KAYE

PLEASE TAKE NOTICE that on the 16th day of February, 2018, counsel for Defendant Almars Outboards, Inc. served a true and correct copy of Defendant Almars Outboards, Inc.'s Expert Disclosure of Peter Townsend and Expert Disclosure of Neil Kaye upon Plaintiffs' counsel of record via electronic mail.

**MANION GAYNOR & MANNING LLP**

*/s/ Irina N. Luzhatsky*
Amaryah K. Bocchino (DE BAR ID #4879)
Irina N. Luzhatsky (DE BAR ID #6052)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
(302) 657-2100
abocchino@mgmlaw.com
iluzhatsky@mgmlaw.com

**NICOLETTI, HORNIG & SWEENEY**
Guerric S.D.L. Russell
Admitted *Pro Hac Vice*
Wall Street Plaza, 88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3839
   *Attorneys for Defendant Almars Outboards, Inc.*

Dated: February 16, 2018
*2147095*